UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **ALFRED J. GANT,** ) | |
| ) | |
| **Petitioner,** ) | |
| v. ) | **Case No. 07-CV-2095** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

**OPINION**

On May 10, 2007, Petitioner, Alfred J. Gant, file a Motion under § 2255 to Vacate, Set Aside or Correct Sentence (#1). On June 11, 2007, the Government filed its Response to Petitioner's Second Motion under 28 U.S.C. § 2255 (#3). The Government argued that Petitioner's Motion must be dismissed because it is his second Motion under § 2255 and he has not, as required, obtained approval from the court of appeals to file the motion or met the requirements of § 2255 and § 2244.

This court concludes that the Government has very adequately set out the procedural history in this case, including the fact that Petitioner previously filed a Motion under § 2255 in Case No. 05-CV-2119. This court agrees with the Government that this court must dismiss Petitioner's Motion. The Seventh Circuit has made clear that a "district court <u>must</u> dismiss a second or successive petition . . . unless the court of appeals has given approval for its filing. <u>Nunez v. United States</u>, 96 F.3d 990, 991 (7th Cir. 1996) (emphasis in original); <u>see also</u> <u>Morrison v. United States</u>, 2006 WL 156823, at *2 (C.D. Ill. 2006). "Unless and until the movant seeks and obtains permission from the court of appeals to file such a motion, the district court is without jurisdiction to entertain his request." <u>United States v. Carraway</u>, 478 F.3d 845, 849 (7th Cir. 2007), <u>cert. denied</u>, 2007 WL 1243239 (U.S. 2007). Because Petitioner has not sought or obtained authorization from the court of appeals, this court has "no option other than to dismiss his motion." See <u>Carraway</u>, 478 F.3d at

849.

IT IS THEREFORE ORDERED THAT:

(1) Petitioner's Motion under § 2255 to Vacate, Set Aside or Correct Sentence (#1) is dismissed for lack of jurisdiction.

(2) This case is terminated.

ENTERED this 14th day of June, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE