# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ALFRED J. GANT,**
**Petitioner,**

vs.                                                                                                  Case Number:   **07-2059**

**UNITED STATES OF AMERICA,**
**Respondent.**

☐ **DECISION BY THE COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the petition under §2255 to Vacate, Set Aside or Correct Sentence is dismissed for lack of jurisdiction.   Case is terminated.

ENTER this 14th day of June 2007

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case